# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0175

_____


CHARLES DAVID INGMIRE II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.


_____


On appeal from the Circuit Court for Escambia County.
Coleman L. Robinson, Judge.

October 21, 2025


PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and WINOKUR, JJ., concur.


_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.